FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

# UNITED STATES DISTRICT COURT

2013 JUL 22 AM 11: 

## SOUTHERN DISTRICT OF GEORGIA

CLERK_____ B. Wet

### SAVANNAH DIVISION

SO. DIST. OF GA.

|  |  |  |
|---|---|---|
| SHEDRICK SPAULDING, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No.  CV412-317 |
| | ) | CR410-108 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed. Accordingly, the Report and Recommendation of

the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 22 day of _____July_____, 2013.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA